```
MARGARET STOKES LOMAX              FIRST PREMIER BANK                 MINDEN PHYSICIAN
443 LONG CREEK RD                  3820 N LOUISE AVE                  114 HOMER RD
LEXINGTON, MS 39095                SIOUX FALLS, SD 57104              MINDEN, LA 70155


THOMAS C. ROLLINS, JR.             FSNB                               MOHELA
THE ROLLINS LAW FIRM, PLLC         ATTN: BANKRUPTCY                   ATTN: BANKRUPTCY
P.O. BOX 13767                     PO BOX 33009                       633 SPIRIT DR
JACKSON, MS 39236                  FORT SILL, OK 73503                CHESTERFIELD, MO 63005


ACE CASH EXPRESS                   GEICO                              RISE CREDIT
1231 GREENWAY DR                   ATTN: REGION 3 UNDERWR             P.O. BOX 101808
STE 600                            PO BOX 9105                        FORT WORTH, TX 76185
IRVING, TX 75038                   MACON, GA 31208-9105


ALLY FINANCIAL, INC                GENESIS FS                         UMMC
ATTN: BANKRUPTCY                   ATTN: BANKRUPTCY                   P.O. BOX 3488
PO BOX 380901                      PO BOX 4477                        DEPT 05-077
BLOOMINGTON, IL 55438              BEAVERTON, OR 97076                TUPELO, MS 38803


ASPIRE CREDIT CARD                 KOALAFI                            WAKEFIELD & ASSOCIATES
ATTN: BANKRUPTCY                   4951 LAKE BROOK DR                 ATTN: BANKRUPTCY
PO BOX 105555                      GLEN ALLEN, VA 23060-9274          10800 E BETHANY DR
ATLANTA, GA 30348                                                     STE 450
                                                                      AURORA, CO 80014


CASHNET USA                        LILLIE STOKES                      WFC
175 W JACKSON                      63 OLD BALANCE DUE RD              ATTN: BANKRUPTCY
STE 1000                           LEXINGTON, MS 39095                PO BOX 6429
CHICAGO, IL 60604                                                     GREENVILLE, SC 29606


COMENITY BANK                      MALLORY COMMUNITY CLIN
ATTN: BANKRUPTCY                   17280 HWY 17 S
PO BOX 182125                      LEXINGTON, MS 39095
COLUMBUS, OH 43218


CREDIT ONE BANK                    MERIT HEALTH
6801 CIMARRON RD                   P.O. BOX 848488
LAS VEGAS, NV 89113                DALLAS, TX 75284


FINGERHUT FETTI                    MINDEN HOSPITAL
6250 RIDGEWOOD RD                  1 MEDICAL PLAZA PL
ST CLOUD, MN 56303                 MINDEN, LA 70155
```