United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01013-JAW
Margaret Stokes Lomax Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Aug 08, 2025      Form ID: 318      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margaret Stokes Lomax, 443 Long Creek Rd, Lexington, MS 39095-8219 |
| 5500561 | + | Lillie Stokes, 63 Old Balance Due Rd, Lexington, MS 39095-7135 |
| 5500562 | + | Mallory Community Clin, 17280 Hwy 17 S, Lexington, MS 39095-6614 |
| 5500563 | + | Merit Health, P.O. Box 848488, Dallas, TX 75284-8488 |
| 5500564 | + | Minden Hospital, 1 Medical Plaza PL, Minden, LA 71055-3330 |
| 5500565 | + | Minden Physician, 114 Homer Rd, Minden, LA 71055-2732 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 08 2025 23:29:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5500549 | + | EDI: ACECASHXPRESS.COM | Aug 08 2025 23:29:00 | Ace Cash Express, 1231 Greenway Dr, Ste 600, Irving, TX 75038-2511 |
| 5500550 | + | EDI: GMACFS.COM | Aug 08 2025 23:29:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5500551 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 08 2025 19:33:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5500552 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Aug 08 2025 19:33:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5500553 | + | EDI: WFNNB.COM | Aug 08 2025 23:29:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5500554 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2025 19:38:36 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5500557 | + | Email/Text: bankruptcy@fsnb.com | Aug 08 2025 19:33:00 | FSNB, Attn: Bankruptcy, Po Box 33009, Fort Sill, OK 73503-0009 |
| 5500555 | + | EDI: BLUESTEM | Aug 08 2025 23:29:00 | Fingerhut Fetti, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 5500556 | + | EDI: AMINFOFP.COM | Aug 08 2025 23:29:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5500558 | | Email/Text: argbsref@geico.com | Aug 08 2025 19:33:00 | Geico, ATTN: Region 3 Underwr, PO Box 9105, Macon, GA 31208-9105 |
| 5500559 | + | EDI: PHINGENESIS | Aug 08 2025 23:29:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5500560 | + | Email/Text: inchargehq@westcreekfin.com | Aug 08 2025 19:33:00 | Koalafi, 4951 Lake Brook Dr, Glen Allen, VA 23060-9280 |
| 5500566 | | Email/Text: EBN@Mohela.com | Aug 08 2025 19:33:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2025 | Form ID: 318 | Total Noticed: 24 |

| 5500567 | + EDI: PHINELEVATE | Aug 08 2025 23:29:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX 76185-1808 |
| 5500568 | + Email/Text: Bankruptcies@umc.edu | Aug 08 2025 19:33:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 5500570 | + Email/Text: bk@worldacceptance.com | Aug 08 2025 19:33:38 | WFC, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |
| 5500569 | + Email/Text: bankruptcyreports@wakeassoc.com | Aug 08 2025 19:33:00 | Wakefield & Associates, Attn: Bankruptcy, 10800 E Bethany Dr, Ste 450, Aurora, CO 80014-2697 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Margaret Stokes Lomax trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Margaret Stokes Lomax** | Social Security number or ITIN   **xxx−xx−2033** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25−01013−JAW** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Margaret Stokes Lomax**
aka Margaret S Lomax, fka Margaret Stokes

Dated: 8/8/25

**By the court:**  /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**